```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 31541
   ARLENE MUHAMMAD REMBERT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5260


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/11/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00             .00              .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      590.00             .00           590.00
OPTION ONE MORTGAGE CORP   NOTICE ONLY    NOT FILED              .00              .00
ACCESS TELADVANCE          UNSECURED      NOT FILED              .00              .00
AMERITECH                  UNSECURED      NOT FILED              .00              .00
AMERITECH/SBC              UNSECURED      NOT FILED              .00              .00
APPLE FAST CASH PERSONAL   UNSECURED      NOT FILED              .00              .00
AT&T BROADBAND             UNSECURED      NOT FILED              .00              .00
ROUNDUP FUNDING LLC        UNSECURED         1201.27             .00           293.70
BRINKS HOME SECURITY       UNSECURED      NOT FILED              .00              .00
CAPITAL ONE                UNSECURED      NOT FILED              .00              .00
CITY OF CHICAGO PARKING    UNSECURED         3460.00             .00           845.92
CITY OF CHICAGO            UNSECURED      NOT FILED              .00              .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED              .00              .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY    NOT FILED              .00              .00
COMCAST                    UNSECURED      NOT FILED              .00              .00
COMED                      UNSECURED      NOT FILED              .00              .00
COUNTRY BANK OF REHOBOTH   NOTICE ONLY    NOT FILED              .00              .00
COUNTY BANK OF REHOBOTH    UNSECURED         731.29              .00           178.80
FIRST CONSUMERS NB         UNSECURED         359.41              .00            87.87
GW FINANCIAL SERVICES      UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP      UNSECURED         790.02              .00           193.14
ECAST SETTLEMENT CORP      UNSECURED         570.34              .00           139.43
NATIONAL CREDIT SYSTEMS    UNSECURED         2776.93             .00           678.92
NICOR GAS                  NOTICE ONLY    NOT FILED              .00              .00
NICOR GAS                  UNSECURED         795.03              .00           194.38
PEOPLES GAS LIGHT & COKE   UNSECURED            .00              .00              .00
ROSA HAE S CHOI MD         UNSECURED      NOT FILED              .00              .00
ROSA HAE S CHOI MD         NOTICE ONLY    NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED         495.25              .00           121.10
THE NEIGHBORHOOD           UNSECURED      NOT FILED              .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 31541 ARLENE MUHAMMAD REMBERT
```

```
TRINSIC COMMUNICATIONS I  UNSECURED       NOT FILED              .00              .00
UNITED CASH LOANS         UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED          291.89              .00            71.38
FIRST CONSUMERS NB        UNSECURED              .00             .00              .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY     2,700.00                           2,700.00
TOM VAUGHN                TRUSTEE                                              405.36
DEBTOR REFUND             REFUND                                                  .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   6,500.00

PRIORITY                                                  .00
SECURED                                                590.00
UNSECURED                                            2,804.64
ADMINISTRATIVE                                       2,700.00
TRUSTEE COMPENSATION                                   405.36
DEBTOR REFUND                                             .00
                        ---------------       ---------------
TOTALS                    6,500.00                  6,500.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE